UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
:
IN RE NON JUDICIAL CIVIL FORFEITURE  :
PROCEEDING REGARDING $131,808.00, IN  :   STIPULATION AND ORDER
UNITED STATES CURRENCY SEIZED ON   :
OR ABOUT APRIL 21, 2021 FROM TD BANK  :   21 Misc. 775
ACCOUNT NUMBER XXXX5172      :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, on or about April 21, 2021, the Drug Enforcement Administration ("DEA") seized $131,808.00 in United States currency from TD bank account number 4362825172 (the "Seized Funds") and the DEA initiated an administrative forfeiture proceeding against the Seized Funds pursuant to Title 21, United States Code, Section 881 by timely sending written notice of its intent to forfeit the Seized Funds to all known interested parties;

WHEREAS, on or about July 21, 2021, the DEA received a claim from Maria Florencia Bruceta Hernandez (the "Claimant") asserting an interest in the Seized Funds;

WHEREAS, the DEA subsequently referred the matter to the United States Attorney's Office, Southern District of New York for judicial forfeiture;

WHEREAS, no other party has claimed an interest in the Seized Funds;

WHEREAS, Title 18, United States Code, Section 983(a)(3)(A) provides that, "not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a Court in the district in which the complaint will be filled may extend the period for filing a complaint for good cause shown or upon agreement of the parties;"

WHEREAS, pursuant to Title 18, United States Code, Section 983(a)(3), the United States is required to file a civil complaint to forfeit the Seized Funds no later than October 19, 2021;

WHEREAS, the Claimant, through her counsel, Ignacio Alvarez, Esq. has consented to a 90-day extension of the deadline for the Government to file a complaint against the Seized Funds;

WHEREAS, Ignacio Alvarez, Esq. attorney for the Claimant, represents and warrants that he is authorized to execute this Stipulation on behalf of his client, Maria Florencia Bruceta Hernandez; and

WHEREAS, the Government requests an extension of 90 days to file a complaint from October 19, 2021 to January 19, 2022;

NOW, THEREFORE, IT IS HEREBY ORDERED, upon agreement of the aforementioned parties and pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the time in which the Government is required to file a complaint for forfeiture of the Seized Funds is extended from October 19, 2021, up to and including January 19, 2022.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____       10/18/21
Sheb Swett                           DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-6522

By: _____   _10/12/21_
Ignacio Alvarez, Esq.                  DATE
Algo Law Firm LLP
Attorney for Claimant
815 Ponce De Leon Blvd. Ste. 101
Coral Gables, FL 33134


SO ORDERED:


_____   _____
HONORABLE                         DATE
UNITED STATES DISTRICT JUDGE